371

the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64883.—Border Brokerage Co. et al. *v.* United States, protests 59/9028, etc. (Seattle).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 64884.—V. Christensen Co. and Portland Fish Co. *v.* United States, protests 59/30057 and 59/26854(B) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 64885.—Aurora Mfg. Corp. *v.* United States, protest 59/31201 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 64886.—Norwegian Frozen Fish, Ltd. *v.* United States, protests 60/109, 60/110, and 60/317 (New York).

Opinion by WILSON, J. The protests were dismissed.

No. 64887.—Chemo Puro Mfg. Corp. *v.* United States, protest 60/3833 (New York).

Opinion by WILSON, J. The protest was dismissed.